RECEIVED IN
The Court of Appeals
Sixth District

DEC 1 8 2015

Texarkana, Texas
Debra K. Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

DEC 1 8 2015

Texarkana, Texas
Debra K. Autrey, Clerk

CASE No. 06-15-00101-CV

SHUGART; Ricky J.,
        Appellant,

VS

THOMPSON; David, et. al.,
        Appellees.

§
§
§
§
§
§
§

COURT OF APPEALS

Sixth Appellate District

STATE OF TEXAS

Dist. Ct. No CV-15-42338

MOTION TO RECOGNIZE POST-JUDGEMENT

## MOTION TO RECOGNIZE POST-JUDGEMENT FILINGS, To WIT: "MOTION FOR RECONSIDERATION OF DISMISSAL & AFFIDAVIT," AND DOCUMENTS MENTIONED THEREIN

TO THE HONORABLE JUSTICES OF SAID COURT:

Prey the Humble Court's pardon, Appellant Shugart, pro se, respectfully requests the Honorable Court to recognize his post-judgement motion for reconsideration and the merits of documents mentioned therein (both pre- & post-judgement) for the purposes of his appeal on the grounds Appellant timely filed objection to the lower Courts' reluctance to reconsider; Appellant had notified the court of mail delays and the documents mentioned were filed without knowledge & prior to reciept of the judgement of dismissal; Appellant's timely response (original) to Appellees' Motion to Dismiss referenced & depended upon these delayed post-judgement filings; and they are all relevant to addressing that Motion & this appeal.

WHEREFORE prey this Court will consider these post-judgement filings when considering the merits of this appeal.

Dated this 9th day of Dec., 2015

RICKY J. SHUGART, PRO SE
1917471-BETO
1391 FM 3328
Tennessee Colony TX 75880

SHUCART, Ricky J.,
                    Appellant,

vs.

THOMPSON, David, et. al.,
                    Appellees.

§
§
§
§
§
§

COURT OF APPEALS

Sixth Appellate District

STATE OF TEXAS

Dist. Ct. No. CV-15-42338

## CERTIFICATE OF SERVICE

The undersigned do hereby certify under penalty of perjury that I Ricky J. Shucart on this day 12-09-15 did place a true & correct copy of all documents enclosed in the U.S. postal Service, postage pre-paid to the Appellee's attorney of record Mr. James Tidwell, at 320 N. Travis St, Suit 205, Sherman Texas 75090, with except to the docketing Statement (one copy available).

Signed Ricky J Shucart 12-09-15